# EXHIBIT B

# EXHIBIT B

**Patent Claims Analysis**

**of**

**US10021380: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**

**Honeywell Camera**

# US10021380B1

United States

| | |
|---|---|
| Inventor | Kenneth Martin Jacobs, Ronald Steven Karpf |
| Current Assignee | Vdpp LLC Visual Effect Innovations LLC |

Worldwide applications

2017 ~~US~~ ~~US~~ 2018 US

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

Total patentTerm Adjustments
0

CLAIMS

16. An apparatus comprising:

   a storage adapted to:

      store a sequence of image frames; and

   a processor communicably coupled to the storage and adapted to:

      obtain from said storage a first image frame associated with a first chronological position in the sequence image frames and a second image frame associated with a second chronological position in the sequence of image frames;

      remove a portion of the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame;

      remove a portion of the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame;

      combine the modified first image frame and the modified second image frame to generate a modified combined image frame, the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and

      display the modified combined image frame.

| Row | Claim Element | Contention |
|---|---|---|
| 16.0 | 16. An apparatus comprising: | Honeywell Camera 60 Series HC60WZ2R40 is an apparatus.<br><br><https://prod-edam.honeywell.com/content/dam/honeywell-edam/hbt/en-us/documents/literature-and-specs/datasheets/HBT-SEC-60Series-Camera-HC60WZ2R40-DS-US-EN.pdf?download=false> © 2021 |
| 16.1 | a storage adapted to:<br><br>store a sequence of image frames; and | Since it is a standalone device, able to do 3D DNR (3D Digital Noise Reduction). it has a Storage. |
| 16.2 | a processor communicably coupled to the storage and adapted to:<br><br>obtain from said storage a first image frame associated with a first chronological position in the sequence image frames and a second image frame associated with a | Since it is a standalone device, able to do 3D DNR (3D Digital Noise Reduction). it has a processor.<br><br>Two consecutive image frames are read in from storage.<br><br>[Note: This is necessary in order to 3D DNR (3D Digital Noise Reduction).] |

| | | |
|---|---|---|
| | second chronological position in the sequence of image frames; | |
| 16.3 | remove a portion of the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame; | *A portion of the first image frame is removed to generate a modified first image frame.*<br><br>*<https://prod-edam.honeywell.com/content/dam/honeywell-edam/hbt/en-us/documents/literature-and-specs/datasheets/HBT-SEC-60Series-Camera-HC60WZ2R40-DS-US-EN.pdf?download=false> © 2021*<br><br>*Since the modified first image frame is smaller than the first image frame - - they are a different size - and therefore different.* |
| 16.4 | remove a portion of the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame; | *A portion of the second image frame is removed to generate a modified second image frame.*<br><br>*<https://prod-edam.honeywell.com/content/dam/honeywell-edam/hbt/en-us/documents/literature-and-specs/datasheets/HBT-SEC-60Series-Camera-HC60WZ2R40-DS-US-EN.pdf?download=false> © 2021*<br><br>*Since the modified second image frame is smaller than the second image - - they are a different size - and therefore different.* |
| 16.5 | combine the modified first image frame and the modified second image frame to generate a modified combined image frame, the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and | *Honeywell Camera 60 Series HC60WZ2R40 combines the modified (scaled) first and second image frame, and combines them - generating a modified combined image frame (which is the 3D DNR (Digitally Reduced Noise (3D DNR) frame).*<br><br>*The implication of this clause is that the image displayed is a rectangle.*<br><br>*<https://prod-edam.honeywell.com/content/dam/honeywell-edam/hbt/en-us/documents/literature-and-specs/datasheets/HBT-SEC-60Series-Camera-HC60WZ2R40-DS-US-EN.pdf?download=false> © 2021*<br><br>*This means that the screen opposing sides are of equal dimension (the display screen is rectangular in shape).* |
| 16.6 | display the modified combined image frame. | *The modified combined image frame is displayed (i.e., the 3D DNR (3D Digitally Noise Reduced) frame.* |
| | | *[Note: 3D DNR (Digital Noise Reduction aka 3DNR or 3D-DNR) is - "spatial noise* |

*reduction". Noise is an unavoidable by-product of amplifiers in security cameras. Video "noise" is the form of "static" which creates a foggy haze, speckles, and fuzz that makes the image on your surveillance camera unclear in low-light conditions. Noise reduction is absolutely necessary if you want a quality clear image in low-light conditions, and it becomes more and more important as resolutions are now pushing past 4MP and 8MP.*

*It compares pixels within the same frame on top of frame-to-frame comparison. 3D DNR removes the grainy fuzzy appearances of low light images, will handle moving objects without leaving tails behind, and in low light.*

*In Pictures, it is - -*

